```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
NATHAN ROTHMAN, JOEL MANDEL, MICHAEL WISE, :    14cv7618 (DLC)
JACOB L. ACKERMAN, MARK E. FEIT, EDWARD E. :
ESRICK, AARON C. GURTMAN, CHARLES TRAUBE,  :       ORDER
SANDY HERSKOWITZ, IRA STAHL, JACOB DEUTSCH :
AND SHIMON GLODNY,                        :
                                          :
                  Plaintiffs,             :
                                          :
         -v-                              :
                                          :
UNITED STATES TENNIS ASSOCIATION          :
INCORPORATED, GORDON SMITH, STACIELLEN    :
MISCHEL, D.A. ABRAMS, AND JILL FONTE,     :
                                          :
                  Defendants.             :
----------------------------------------- X
```

DENISE COTE, District Judge:

On September 19, 2014, the plaintiffs filed an Order to Show Cause seeking a temporary restraining order. A hearing on the Order to Show Cause was held on September 24, 2014. For the reasons stated on the record, it is hereby

ORDERED that the plaintiffs' motion is denied.

IT IS FURTHER ORDERED that the parties will submit a general status letter of no more than two pages by October 1, 2014.

Dated:   New York, New York
         September 24, 2014

                                   _____
                                          DENISE COTE
                                   United States District Judge